# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEYBIS RAFAEL ARIAS-CHACON,<br><br>                                    Petitioner,<br><br>      v.<br><br>U.S. Immigration and Customs Enforcement; Warden of Imperial Regional Adult Detention Facility; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States,<br><br>                                    Respondents. | Case No.:  26cv1722 DMS VET<br><br>**ORDER GRANTING PETITION** |

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "do[ ] not oppose the petition and defer[ ] to the Court on the appropriate relief." (Return at 2.)  Accordingly, given the facts and claims at issue here, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge on or before **April 23, 2026**.  On or before **April 27, 2026**, the parties shall file a Status Report confirming Petitioner has been provided with a bond hearing and setting out the result of that hearing.  In that Report, the

26cv1722 DMS VET

parties shall also provide their position on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

**IT IS SO ORDERED**.

Dated:  April 16, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1722 DMS VET